**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

| | |
|---|---|
| LINDA SCHWEICH, | Case No. 2:19-cv-00092-JCM-NJK |
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| v. | |
| GATEWAY BANK, FSB, EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC, | |
| Defendants. | |

Plaintiff Linda Schweich ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by

and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's

Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On January 15, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to

answer or otherwise respond to Plaintiff's Complaint is February 8, 2019. Trans Union needs

additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's

1

KB/26039

counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including March 11, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 29<u>th</u> day of January, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite

Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile:  (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

**COGBURN LAW OFFICES**

//S// Erik W. Fox

Jamie S. Cogburn, Nevada Bar No. 8409
Erik W. Fox, Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile:  (702) 966-3880
Email: jsc@cognburnlaw.com
Email: efox@cogburnlaw.com
**COUNSEL FOR PLAINTIFF**

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

KB/26039

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __29__ day of _____January_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

KB/26039