**Danielle A. Kolkoski, Esq.**
**Nevada State Bar No. 8506**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Telephone:  (702) 476-0100**
**Facsimile:   (702) 476-0101**
**dakolkoski@wolfewyman.com**

**Attorneys for Defendant**
**GATEWAY BANK, F.S.B.,**
**Erroneously named**
**GATEWAY BANK FSB**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SCHWEICH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY BANK FSB, a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, and TRANSUNION, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No. 2:19-cv-00092-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT GATEWAY BANK, F.S.B. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, GATEWAY BANK, F.S.B., erroneously named GATEWAY BANK FSB (hereinafter, "GATEWAY") and Plaintiff LINDA SCHWEICH by and through their undersigned attorneys, that GATEWAY shall have up to and including March 25, 2019 to file a Response to Plaintiff's Complaint as the parties are engaging in potential early resolution.

///

///

///

1

This is DITECH's first request for an extension, and is not intended to cause any delay or prejudice to any party.  Trial has not been set in this case yet.

DATED: February 13, 2019

DATED: February 13, 2019

WOLFE & WYMAN LLP

COGBURN LAW OFFICES

By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada State Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV  89119
    Attorneys for Defendant
    GATEWAY BANK, F.S.B.,
    Erroneously named
    GATEWAY BANK FSB

By: */s/ Erik W. Fox*
    ERIK W. FOX, ESQ.
    Nevada Bar No. 8804
    COGBURN LAW OFFICES
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    Attorney for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

DATED: ___February 14, 2019_____

_____
UNITED STATES MAGISTRATE JUDGE

3278199.1