# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SCHWEICH, | Case No.: 2:19-cv-00092-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 14) |
| GATEWAY BANK FSB, et al. | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Gateway Bank's notice of settlement. Docket No. 14. The Court **ORDERS** these parties to file a stipulation of dismissal no later than May 13, 2019.

IT IS SO ORDERED.

Dated: March 12, 2019

NANCY J. KOPPE
United States Magistrate Judge