Danielle A. Kolkoski, Esq.
Nevada State Bar No. 8506
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Defendant
GATEWAY BANK, F.S.B.,
Erroneously named
GATEWAY BANK FSB

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SCHWEICH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY BANK FSB, a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, and TRANSUNION, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No. 2:19-cv-00092-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff LINDA SCHWEICH ("Plaintiff") and Defendant GATEWAY BANK F.S.B., erroneously named GATEWAY BANK FSB ("Gateway"), by and through their respective counsel

///

///

///

///

///

///

of record, hereby stipulate to dismiss with prejudice Plaintiff's Complaint against Defendant Gateway. Each party shall bear their own fees and costs.

**IT IS SO STIPULATED**

DATED: ~~March~~ May 13, 2019     WOLFE & WYMAN LLP

By: /s/Danielle A. Kolkoski
DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No.: 8506
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Defendant
**GATEWAY BANK, F.S.B.,
Erroneously named
GATEWAY BANK FSB**

DATED: ~~March~~ April 19, 2019     COGBURN LAW OFFICES

By: _____
JAMIE S. COGBURN, ESQ.
Nevada Bar No.: 8409
ERIK W. FOX, ESQ.
Nevada Bar No.: 8804
2580 St. Rose Parkway, Suite 330
Las Vegas, NV 89074
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

{9675/00079566.DOCX. 3/21/2019} 2

3312762.1