UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SCHWEICH,<br><br>Plaintiff(s),<br><br>v.<br><br>GATEWAY BANK FSB, et al.,<br><br>Defendant(s). | Case No.: 2:19-cv-00092-JCM-NJK<br><br>**Order**<br><br>(Docket No. 23) |

Pending before the Court is a notice of settlement between Plaintiff and Defendants Equifax Information Services, LLC and Trans Union LLC. Docket No. 23. The Court **ORDERS** these parties to file a stipulation of dismissal no later than July 29, 2019.

IT IS SO ORDERED.

Dated: May 29, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge